

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        Charles Edward Miller v. The State of Texas

Appellate case number:    01-19-00126-CR

Trial court case number:   1529159

Trial court:                      182nd District Court of Harris County

Appellant, Charles Edward Miller, filed his appellate brief on August 19, 2019. Appellee, the State of Texas, filed three motions to extend its briefing deadline. The Court granted all three motions, and warned appellee twice that it would not grant any further extensions. Appellee's third extended deadline was December 17, 2019. Appellee has filed three additional motions to extend its briefing deadline to January 10, 2020, which is nearly four months past its original deadline of September 18, 2019. Appellee filed its brief on January 10, 2020.

Accordingly, the Court **dismisses** appellee's motions to extend time as moot.

It is so ORDERED.

Judge's signature:    __/s/  Evelyn V. Keyes_____
                                  ☑ Acting individually    ☐ Acting for the Court

Date:  __January 16, 2020__